```
              UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
               CIVIL NO.: 25-1195 (DSD/ECW)
```

Colleen J.,

       Plaintiff,

v.                                          **ORDER**

Frank Bisignano, Commissioner
of Social Security,

       Defendant.

    This matter is before the court upon the objection of Commissioner of Social Security Frank Bisignano to the January 20 2026, report and recommendation of United States Magistrate Judge Elizabeth Cowan Wright (R&R).[1] In the R&R, the magistrate judge recommends that the court remand the case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) and deny the Commissioner's request to have the case dismissed.

    The Commissioner timely objected, arguing that the magistrate judge erred in stating that plaintiff's 2019 thoracic spine MRI was not part of the medical evidence during critical stages of the administrative review  He seems to contend that any such error undermines the entirety of the R&R.

    The court reviews de novo any portion of the R&R to which

---

[1] Plaintiff, who is seeking supplemental security income, is referred to as Colleen J., as it is the court's policy is to use only the first name and last initial of non-governmental parties in social security cases.

specific objections are made. See 28 U.S.C. § 636(b)(1)(c). The court is unpersuaded that any such error, regardless of whether it occurred, renders the R&R factually or legally unsound. The R&R is well reasoned and correct.

Accordingly, **IT IS HEREBY ORDERED that:**

1. The R&R [ECF No. 20] is adopted in its entirety;

2. Plaintiff's motion [ECF No. 10] is granted;

3. The Commissioner's motion [ECF No. 16] is denied; and

4. This matter is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the R&R.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: January 27, 2026

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court